IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

RENEE SCHAUB,

    Plaintiff,

v.

ALLSUP,

    Defendant.

Case No. 3:18-CV-1494-NJR-MAB

# JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed on August 8, 2019 (Doc. 27) and the Order dated August 20, 2019 (Doc. 28), this entire action is **DISMISSED,** and the case is **CLOSED.**

    DATED: August 20, 2019

                                        MARGARET M. ROBERTIE,
                                        Clerk of Court

                                        By:  *s/ Deana Brinkley*
                                                    Deputy Clerk

APPROVED: *s/ Nancy J. Rosenstengel*
                     NANCY J. ROSENSTENGEL
                     Chief U.S. District Judge